**Order entered November 10, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01163-CV

### IN RE KATELYN LEANN KYBURZ

**Original Proceeding from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-13-1542**

## ORDER

Before Justices Lang-Miers, Evans, and Whitehill

In accordance with this Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED**. The Court **ORDERS** the Honorable Brian K. Gary, Presiding Judge of the 397th Judicial District Court, Grayson County, Texas, to **VACATE** the portion of his August 24, 2015 "Temporary Orders in Suit to Modify Parent-Child Relationship" that requires relator to "refinance the home located at 316 Broadway Street, Bells, Texas by October 1, 2015" and states, "Should this refinancing not occur prior to October 1, 2015 Mr. Kyburz shall be named the joint managing conservator with the exclusive right to designate the primary residence of the children."

We further **ORDER** the Honorable Brian K. Gary to file, within **TWENTY DAYS** of the date of this order, a certified copy of his order showing compliance with this Court's opinion and order. The mandamus will issue only if the Honorable Brian K. Gary, Presiding Judge of the

397th Judicial District Court, Grayson County, Texas, fails to comply with this Court's opinion and order.

This Court's September 23, 2015 order staying the temporary orders to the extent they require Mother to refinance the home located at 316 Broadway Street in Bells, Texas, by October 1, 2015, and state that "[s]hould this refinancing not occur prior to October 1, 2015 Mr. Kyburz shall be named the joint managing conservator with the exclusive right to designate the primary residence of the children" will remain in effect pending further order of this Court.

We **ORDER** that relator recover her costs of this original proceeding from real parties in interest.

/s/     ELIZABETH LANG-MIERS
          JUSTICE